Order entered April 1, 2014



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00292-CV

## IN THE INTEREST OF S.H. AND G.H., CHILDREN

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-17707**

## ORDER

Before the Court is appellee's March 19, 2014 motion to dismiss the appeal because appellant has failed to pay the filing fee and file a docketing statement. Appellant paid the filing fee on March 20, 2014 and filed a docketing statement on March 27, 2014. Accordingly, we **DENY** appellee's motion.

/s/    ADA BROWN
        JUSTICE